**United States District Court**
**Central District of California**

Liem Nhu Le,

Petitioner,

v.

James Janecka,

Respondents.

No. 5:26-cv-04001-PVC

**Order Appointing Counsel**

There is no absolute right to appointment of counsel in habeas proceedings. *Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). Appointment of counsel may be authorized at any stage of the proceedings, however, if "the interests of justice so require[.]" 18 U.S.C. § 3006A(a)(2). The decision of whether to appoint counsel in a habeas proceeding turns on a petitioner's ability to articulate his claims pro se in light of the complexity of the legal issues involved and his likelihood of success on the merits. *See Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

Here, the *Weygandt* factors sufficiently support the appointment of counsel to represent Petitioner. Therefore, pursuant to the Federal Public Defender's referral notice (Dkt #15), the Court appoints the following attorney to represent Petitioner in this immigration habeas case. See, 18 U.S.C. § 3006A(a)(2)(B).

Yusuf Saei (Bar No. 321341)
Cohen Williams LLP
724 South Spring St., 9th Floor
Los Angeles, CA 90014
ysaei@cohen-williams.com
Tel: (213) 232-5168

This appointment order shall issue nunc pro tunc to the date of the Federal Public Defender's referral notice, August 12, 2026.

IT IS SO ORDERED.

Dated: 8/13/26

Honorable Pedro V. Castillo
United States Magistrate] Judge

[cc: Lauren_Eskenazi-Ihrig@cacd.uscourts.gov]
[cc: ysaei@cohen-williams.com]